UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| | ) CR 3:21-CR-0007 |
| vs. | ) |
| LUIS CEDILLO-NARVAEZ, | ) |
| Defendant | ) |

**ORDER**

The Application for Leave of Absence filed by Daniel J. O'Connor, counsel for Defendant Luis Cedillo-Narvaez, having been considered, good cause being shown, and there being no opposition thereto, the Application for Leave of Absence for:

| | |
|---|---|
| December 3, 2021 | Personal Vacation |
| December 7-9, 2021 | CLEs |
| January 14-17, 2022 | Personal Vacation |

This 29th day of November, 2021.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA